# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00163-CV

**In re Ronald Dwayne Whitfield**

### ORIGINAL PROCEEDING FROM HARRIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Filed:   April 3, 2008